UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW R. RUTH,<br><br>                 Plaintiff,<br>  v.<br><br>KING COUNTY DEPARTMENT OF ADULT DETENTION et al.,<br><br>               Defendants. | CASE NO. 2:22-cv-01834-DGE-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 25) |

The Court, having reviewed *de novo* the Report and Recommendation (Dkt. No. 25) of the Honorable Michelle L. Peterson, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, hereby ORDERS:

1. The Report and Recommendation (Dkt. No. 25) is ADOPTED;

2. Plaintiff's third amended complaint (Dkt. No. 24) and this action are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b) and 28 U.S.C. § 1915(e)(2)(B).

Dated this 27th day of November 2023.

David G. Estudillo
United States District Judge